FORM 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| VIEWTECH INC. | | |
|---|---|---|
| | Plaintiff, | Court No. 08-00252 |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| | Defendant. | **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**TINA POTUTO KIMBLE, CLERK OF THE COURT**

| PROTEST | | | |
|---|---|---|---|
| Port of Entry: Long Beach, CA | | Date Protest Filed: 11-15-07 | |
| Protest Number: 2704-07-102809 | | Date Protest Denied: 02-19-08 | |
| Importer: VIEWTECH INC. | | | |
| Category of Merchandise: Digital Satellite receivers | | | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | SEE SCHEDULE ATTACHED | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director, | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP |
| U.S. Bureau of Customs & Border Protection<br>301 East Ocean Blvd. Suite 1400<br>Long Beach, CA 90802 | 399 Park Avenue, 25th Floor<br>New York, New York 10022<br>Tel: 212/557/4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

392940

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Digital Satellite receivers | 8528.12.97 (2006) or 8528.71.40 (2007) | 5% ad val. 5% ad val. | 8528.12.92 (2006) or 8528.71.20 (2007) | Duty Free Duty Free |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under the claimed tariff provision.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date: August 15, 2008                                             /s/ Curtis W. Knauss

| | SCHEDULE OF ENTRIES | | | | |
|---|---|---|---|---|---|
| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
| 2704-07-102809 | 11/15/2007 | 02/19/2008 | ASW-1022226-2 | 05/15/2006 | 06/01/2007 |
| 2704-07-102809 | 11/15/2007 | 02/19/2008 | ASW-1021903-7 | 04/13/2006 | 06/01/2007 |
| 2704-07-102809 | 11/15/2007 | 02/19/2008 | ASW-1021874-0 | 04/09/2006 | 06/01/2007 |
| 2704-07-102809 | 11/15/2007 | 02/19/2008 | ASW-1021904-5 | 04/13/2006 | 06/01/2007 |
| 2704-07-102809 | 11/15/2007 | 02/19/2008 | ASW-1021902-9 | 04/13/2006 | 06/01/2007 |
| 2704-07-102809 | 11/15/2007 | 02/19/2008 | ASW-1022224-7 | 05/15/2006 | 06/01/2007 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**301 East Ocean Blvd. Suite 1400**
**Long Beach, CA 90802**