UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| Viewtech Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>United States,<br><br>    Defendant. | Court No. 08-00250 |

### NOTICE OF DISMISSAL

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action and those listed on the attached schedule.

Dated: November 16, 2022

            /s/ Joseph M. Spraragen
            Joseph M. Spraragen

            GRUNFELD, DESIDERIO, LEBOWITZ
            SILVERMAN & KLESTADT LLP
            *Attorneys for Plaintiff*
            599 Lexington Avenue, FL 36
            New York, New York 10022
            Tel. (212) 557-4000
            jspraragen@gdlsk.com

Schedule to Notice of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 08-00250 | Viewtech Inc. | 2704-07-102692 | ASW-1021556-3<br>ASW-1021681-9<br>ASW-1021735-3<br>ASW-1021742-9<br>ASW-1021771-8<br>ASW-1021794-0<br>ASW-1021807-0<br>ASW-1022225-4 |
| 08-00252 | Viewtech Inc. | 2704-07-102809 | ASW-1021874-0<br>ASW-1021902-9<br>ASW-1021903-7<br>ASW-1021904-5<br>ASW-1022224-7<br>ASW-1022226-2 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 08-00253 | Viewtech Inc. | 2704-07-102813 | ASW-1022403-7<br>ASW-1022404-5<br>ASW-1022439-1<br>ASW-1022507-5<br>ASW-1022563-8<br>ATE-0207247-6<br>ATE-0208966-0<br>ATE-0209039-5<br>ATE-0209179-9<br>ATE-0209249-0<br>ATE-0209369-6<br>ATE-0209417-3<br>ATE-0209634-3<br>ATE-0209698-8<br>ATE-0209809-1<br>ATE-0209872-9<br>ATE-0210010-3<br>ATE-0210039-2<br>ATE-0210043-4<br>ATE-0210159-8<br>ATE-0210160-6<br>ATE-0210166-3<br>ATE-0210232-3<br>ATE-0210233-1<br>BDN-0012782-4<br>BDN-0012893-9<br>BDN-0014145-2<br>BDN-0014273-2<br>BDN-0014339-1<br>BDN-0014416-7<br>BDN-0014487-8<br>DQ4-3597496-8<br>DQ4-3597499-2<br>DQ4-3597501-5<br>DQ4-3597540-3<br>DQ4-3597874-6<br>DQ4-3597875-3<br>DQ4-3598089-0<br>DQ4-3598091-6<br>DQ4-3598102-1<br>DQ4-3598372-0<br>DQ4-3598526-1<br>DQ4-3599236-6 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 08-00254 | Viewtech Inc. | 2720-08-100008 | DQ4-3597590-8<br>DQ4-3597721-9 |
| 09-00116 | Viewtech Inc. | 2704-08-102798 | ATE-0210602-7<br>ATE-0210682-9<br>ATE-0210723-1<br>ATE-0210792-6<br>ATE-0210793-4 |
| 09-00146 | Viewtech Inc. | 2704-08-102797 | ATE-0210418-8<br>ATE-0210419-6<br>ATE-0210496-4<br>ATE-0210506-0<br>ATE-0210592-0<br>ATE-0210593-8<br>ATE-0210594-6 |
| | | 2704-08-103247 | ATE-0210898-1<br>ATE-0210899-9<br>ATE-0210952-6<br>ATE-0210953-4<br>ATE-0211028-4<br>ATE-0211029-2<br>ATE-0211119-1<br>ATE-0211297-5<br>ATE-0211298-3<br>ATE-0211320-5<br>ATE-0211321-3 |
| | | 2704-08-103248 | ATE-0211433-6<br>ATE-0211434-4<br>ATE-0211464-1<br>ATE-0211465-8<br>ATE-0211513-5<br>ATE-0211514-3<br>ATE-0211574-7<br>ATE-0211597-8<br>ATE-0211713-1<br>ATE-0211763-6 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 09-00146 (cont.) | Viewtech Inc. | 4103-08-100069 | 112-4397454-2<br>112-5028040-3<br>112-5088578-9<br>112-5330725-2<br>112-5476653-0<br>112-5526399-0<br>112-5613216-0<br>112-5676021-8<br>112-5740470-9 |
| | | 4198-08-100149 | 112-5967662-7 |
| 09-00173 | Viewtech Inc. | 3195-07-100298 | 112-0217479-5<br>112-0221573-9<br>112-0222914-4<br>112-0234562-7<br>112-0562925-8<br>112-2050815-6<br>112-2947561-3<br>112-3038176-8<br>112-3083673-8<br>112-3125268-7<br>112-3178617-1<br>112-3419639-4<br>112-3658958-8<br>112-8806030-3 |
| | | 3195-07-100352 | 112-4047149-2<br>112-4473506-6 |
| | | 3195-07-100353 | 112-4706004-1<br>112-4945862-3 |
| | | 3195-07-100385 | 112-2201912-9 |
| | | 3195-07-100422 | 112-3178790-6<br>112-3354672-2<br>112-3453121-0<br>112-3556537-3 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 09-00173 (cont.) | Viewtech Inc. | 3195-08-100061 | 112-4473512-4<br>112-4530424-3<br>112-4683503-9<br>112-4691298-6<br>112-4723204-6<br>112-4739914-2<br>112-4757078-3 |
| | | 3195-08-100062 | 112-4781460-3<br>112-4813470-4<br>112-4910311-2<br>112-4910412-8<br>112-4929012-5<br>112-4971703-6<br>112-5007560-5<br>112-5007600-9<br>112-5026873-9 |
| | | 3195-08-100063 | 112-3716456-3<br>112-3720094-6<br>112-3756591-8<br>112-3886219-9<br>112-3894382-5<br>112-3985179-5<br>112-4214585-4<br>112-4272026-8<br>112-4389430-2 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 09-00173 (cont.) | Viewtech Inc. | 3195-08-100074 | 112-4704488-8<br>112-5026800-2<br>112-5098154-7<br>112-5143072-6<br>112-5175070-1<br>112-5185979-1<br>112-5282356-4<br>112-5441490-9<br>112-5554276-5 |
| | | 3195-08-100075 | 112-5314840-9<br>112-5345064-9<br>112-5345089-6<br>112-5401030-1<br>112-5417680-5<br>112-5417704-3<br>112-5966950-7<br>112-7403497-6<br>112-8403582-3 |
| | | 3195-08-100076 | 112-4473512-4<br>112-4530424-3<br>112-4988374-7<br>112-5007547-2<br>112-5537616-4<br>112-5538103-2<br>112-5573645-8<br>112-5594088-6<br>112-5594203-1<br>112-5594521-6<br>112-5594551-3<br>112-7403420-8 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 09-00173 (cont.) | Viewtech Inc. | 3195-08-100077 | 112-5638102-3<br>112-5674944-3<br>112-5740967-4<br>112-5758730-5<br>112-8461418-9<br>112-8529871-9<br>112-8529937-8 |
| 09-00419 | Viewtech Inc. | 2704-09-100527 | ATE-0213144-7<br>ATE-0213145-4<br>ATE-0213224-7<br>ATE-0213268-4<br>ATE-0213321-1<br>ATE-0213354-2 |
| | | 2704-09-100997 | ATE-0213920-0<br>ATE-0213921-8<br>ATE-0214013-3<br>ATE-0214014-1<br>ATE-0214015-8<br>ATE-0214072-9<br>ATE-0214073-7<br>ATE-0214100-8 |
| | | 2704-09-102114 | ATE-0215567-7<br>ATE-0215628-7<br>ATE-0215772-3<br>ATE-0215829-1<br>ATE-0215830-9<br>ATE-0215831-7 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 09-00419 (cont.) | Viewtech Inc. | 2720-09-100348 | WRE-0360711-6<br>WRE-0360712-4 |
| | | 3195-08-100281 | 112-5922021-0<br>112-5949159-7<br>112-5986460-3<br>112-7229968-8<br>112-7264909-8<br>112-7329203-9<br>112-7384901-0 |
| | | 3195-08-100392 | 112-7509106-6<br>112-7510794-6<br>112-7791534-6<br>112-7975749-8<br>112-7975765-4<br>112-7977196-0<br>112-8014428-0 |
| | | 3195-09-100014 | 112-8154104-7<br>112-8404196-1<br>112-8443273-1 |
| | | 3195-09-100055 | 112-8696674-4<br>112-8740983-5<br>112-8744925-2<br>112-8745022-7 |
| | | 3195-09-100056 | 112-0086291-3<br>112-0086314-3<br>112-0146029-5<br>112-0321085-4<br>112-8763973-8 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 09-00419 (cont.) | Viewtech Inc. | 3195-09-100228 | 112-1181923-3<br>112-1460220-6<br>112-1460268-5<br>112-1628205-6<br>112-1684135-6<br>112-1684553-0 |
| | | 4198-09-100013 | 112-8195066-9 |
| 10-00112 | Viewtech Inc. | 3195-09-100284 | 112-0864080-8<br>112-1460232-1<br>112-1584852-7<br>112-1628368-2<br>112-3549919-4<br>112-4682185-7 |
| | | 3195-09-100299 | 112-2381195-4<br>112-2485773-3<br>112-2841401-0 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 11-00008 | Viewtech Inc. | 2704-10-101269 | ATE-0220174-5<br>ATE-0220251-1<br>ATE-0220252-9<br>ATE-0220342-8<br>ATE-0220463-2<br>ATE-0220522-5<br>ATE-0220523-3<br>ATE-0220599-3<br>ATE-0220756-9<br>ATE-0220861-7<br>ATE-0221005-0<br>ATE-0221104-1 |
| | | 3195-10-100004 | 112-4642620-2<br>112-4682298-8<br>112-4703025-0<br>112-4751025-1<br>112-4751222-4<br>112-4829344-4<br>112-4851225-6<br>112-4883177-1 |
| | | 3195-10-100005 | 112-4539145-6<br>112-4539158-9<br>112-4539380-9<br>112-4615861-5<br>112-4615907-6<br>112-4615954-8<br>112-4616621-2 |

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 11-00008 (cont.) | Viewtech Inc. | 3195-10-100086 | 112-5504333-6<br>112-5895138-6<br>112-6104899-8 |
|  |  | 3195-10-100145 | 112-6361047-2<br>112-6459432-9<br>112-6459469-1<br>112-6513746-6<br>112-6513941-3<br>112-6543430-1<br>112-6543445-9<br>112-6900173-4 |
|  |  | 3195-10-100237 | 112-7899025-7<br>112-7900151-8<br>112-7921444-2<br>112-7975078-3<br>112-8245448-0<br>112-8353318-3 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                        Clerk, U. S. Court of International Trade

                              By: _____
                                                                Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)